1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. 05-CV-01699 CRB<br><br>MDL No. 1699 |
| *This document relates to:* | |
| Marnie Bisazza           06-0446 CRB<br>Laura Davenport       06-0446 CRB<br>Maudie Davis             06-0446 CRB<br>Eleanor Dramis         06-0446 CRB<br>Willie Elston              06-0446 CRB<br>Leon Jackson, Jr.      06-2691 CRB<br>Robert Kongstvedt    06-0446 CRB<br>Bernice Maddox        06-0446 CRB<br>Jose Martinez            05-4488 CRB<br>Joseph Panarisi         06-0446 CRB<br>Carlos Perales           06-0446 CRB<br>Aram Yeghiazarian  06-0446 CRB<br>Samuel Zito               06-2619 CRB | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON PFIZER DEFENDANTS' MOTION SEEKING ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS**<br><br>Date:   October 27, 2006<br>Time:  10:00 a.m.<br>Judge: Charles R. Breyer |

TO:   ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that the Pfizer Defendants and Plaintiffs' Liaison Counsel and the Plaintiffs' Steering Committee agree and hereby stipulate that the hearing on Pfizer Defendants' Motion Seeking an Order Dismissing Plaintiffs' Claims with Prejudice or Other Appropriate Sanctions shall be continued from October 13, 2006 at 10:00 a.m. to **October 27, 2006 at 10:00 a.m.** or as soon thereafter as counsel can be heard. Said motion shall be heard before the Honorable Charles R. Breyer, United States District Judge, Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO STIPULATED.**

Dated: October 3, 2006         LIEFF CABRASER HEIMANN & BERNSTEIN LLP

By _____
ELIZABETH J. CABRASER
SCOTT P. NEALEY

Plaintiffs' Liaison Counsel

Dated: October 3, 2006         DLA PIPER RUDNICK GRAY CARY US LLP

By   /s/
AMY W. SCHULMAN

Defendants' Liaison Counsel

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __October 6__, 2006

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*

-2-

DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION SEEKING ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS

PFZR/1035934/1077964v.1