```
 1  MICHAEL SMITH, ATTORNEY AT LAW  Bar No. 94349
    21515 Hawthorne Blvd., Suite 820
 2  Torrance, California 90503

 3  (310)543-2244

 4  Attorney for Plaintiffs

 5

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11  LAURA DAVENPORT, WILLIE ELSTON,    )   CASE NO. 05-CV-01699 CRB
    MAMIE BISAZZA, ARAM YEGHIAZARIAN,  )   MDL NO. 1699
12  JOSEPH PANARISI, et al.,           )   06-0446 CRB
                                       )
13                        Plaintiffs,  )   STIPULATION AND ORDER OF
                                       )   PARTIAL DISMISSAL
14       v.                            )
                                       )   DATE: October 27, 2006
15                                     )   TIME: 10:00 a.m.
    MERCK & CO, INC., PHIZER, et al.,  )   JUDGE: Charles R. Breyer
16                                     )
                          Defendants.  )
17       IT IS HEREBY STIPULATED by and between the parties to this

18  action through their designated counsel that the claims of

19  plaintiffs LAURA DAVENPORT, WILLIE ELSTON, MAMIE BISAZZA, ARAM

20  YEGHIAZARIAN, ELEANOR DRAMIS, GERALDINE BALUCH, CARLOS PERALES,

21  and PAMELA SMETANA against defendant PHIZER be and hereby are

22  dismissed without prejudice pursuant to F.R.C.P. 41(a)(1).  The

23  dismissed claims will only be re-filed in the Federal District

24  Court.

25  Dated: 10/23/06                       _____
                                          Stuart M. Gordon
26                                        Attorney for Defendant

27      _____
            Michael Smith
        Attorney for Plaintiffs
28
```

1 | PURSUANT TO STIPULATION, IT IS HEREBY ORDERED.

3 | Dated:  Nov. 1, 2006

Hon. Charles R. Breyer
United States District Court



2
STIPULATION OF PARTIAL DISMISSAL